

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00433-CR

Patrick S. **PEREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR4217
Honorable Melisa C. Skinner, Judge Presiding

Opinion by:    Lori Massey Brissette, Justice

Sitting:    Lori I. Valenzuela, Justice
Lori Massey Brissette, Justice
Adrian A. Spears II, Justice

Delivered and Filed: February 26, 2025

AFFIRMED; MOTION TO WITHDRAW GRANTED

Pursuant to a plea agreement, appellant Patrick S. Perez pled nolo contendere to felony possession of a controlled substance with intent to deliver and pled true to the State's enhancement allegation of a previous felony conviction. *See* TEX. HEALTH & SAFETY CODE § 481.112(a), (d). The trial court imposed his sentence in accordance with the agreement and assessed punishment at fifteen years' imprisonment and a $1,500.00 fine. *See* TEX. PENAL CODE §§ 12.32(a), 12.42(c)(1).

Appellant's court-appointed appellate attorney filed a brief containing a professional evaluation of the record in accordance with *Anders v. California*, 386 U.S. 738 (1967), arguing

this appeal is frivolous and without merit. Counsel also moved to withdraw. Counsel certified to this court that he sent copies of the motion to withdraw and brief to appellant and informed him of his rights to review the record and to file his own brief. *See Kelly v. State*, 436 S.W.3d 313 (2014); *Nichols v. State*, 954 S.W.2d 83, 86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). Appellant obtained a copy of the appellate record and filed a pro se letter response. The State did not file a brief.

Because appellant entered into a plea agreement, he may appeal only matters raised by written motion filed and ruled on before trial, unless the trial court has granted permission to appeal beyond those matters. *See* TEX. CODE CRIM. PROC. art. 44.02; TEX. R. APP. P. 25.2(a)(2). The trial court here did not grant appellant permission to appeal beyond the matters raised by written motion filed and ruled on before trial. Thus, this appeal is limited to those matters raised in appellant's written motions ruled on before appellant entered his plea of nolo contendere.[1] *See* TEX. R. APP. P. 25.2(a)(2)(1); TEX. CODE CRIM. PROC. art. 44.02.

After reviewing the record, appellate counsel's brief, and appellant's pro se letter response, we agree that the appeal is frivolous and without merit. *See Anders*, 386 U.S. at 744; *Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005); *Nichols*, 954 S.W.2d at 86. The trial court's judgment is affirmed and counsel's motion to withdraw is granted. *See Nichols*, 954 S.W.2d at 86; *Bruns*, 924 S.W.2d at 177 n.1.[2]

Lori Massey Brissette, Justice

Do Not Publish

---

[1] The trial court signed a certification providing this is a "plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal."

[2] No substitute counsel will be appointed. Should appellant wish to seek further review of this case by the Texas Court of Criminal Appeals, he must either retain an attorney to file a petition for discretionary review or file a pro se petition for discretionary review. Any petition for discretionary review must be filed within thirty days after either this opinion is rendered or the last timely motion for rehearing or motion for en banc reconsideration is overruled by this court. *See* TEX. R. APP. P. 68.2. Any petition for discretionary review must be filed in the Court of Criminal Appeals, *see id.* R. 68.3, and must comply with the requirements of rule 68.4 of the Texas Rules of Appellate Procedure. *See id.* R. 68.4.